UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MERCER,

                Plaintiff,

      -against-

POLAND SPRINGS,

                Defendant.

20-CV-2140 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued March 20, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 20, 2020
          New York, New York

                                            *Louis L. Stanton*
                                               Louis L. Stanton
                                                   U.S.D.J.